**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 18, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00126-CV

## CHRISTOPHER CARTWRIGHT, Appellant

## V.

## CLINT E. GOEBEL, Appellee

**On Appeal from the 300th District Court
Brazoria County, Texas
Trial Court Cause No. 99611-F**

## MEMORANDUM OPINION

This is an appeal from a judgment signed February 12, 2019. On May 29, 2019, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Hassan.